

**Plaintiff's Exhibit 2**



Plaintiff's Exhibit 2



**Plaintiff's Exhibit 2**