

PLAINTIFFS' EXHIBIT 2



**PLAINTIFFS' EXHIBIT 2**



**PLAINTIFFS' EXHIBIT 2**