Check out the New Mighty Liner Floor Tape Applicator!

Learn More (https://mightylinetape.com/products/new-mighty-liner-2-3-4-floor-tape-applicator)

✕



(/)

🏠 Home (https://mightylinetape.com) | 📞 Phone: (800) 714-9980 (tel://+18007149980)

Welcome

Log in (/account/login)

Request Samples » (http://mighty-line-dealer-shop.myshopify.com/pages/product-request-form)

Download Catalogs » (http://mightylinetape.com/pages/catalog-downloads)

 (http://mightylinetape.com/pages/need-help-ordering)

Ask A MIGHTY Expert

English

SEARCH HERE...    🔍

> **Categories**
>
> ➕ FLOOR TAPE SOLID
> ➕ FLOOR TAPE DIAGONAL

**Plaintiffs' Exhibit 4**

- + FLOOR TAPE STRIPED
- + FLOOR TAPE GLOW
- + REPEATING MESSAGE TAPE
- + SPECIALTY FLOOR TAPE
- + ALL FLOOR SIGNS
- + ANGLES
- + T'S
- + DOTS
- + SEGMENTS
- + ARROWS
- + FOOTPRINTS
- + RACK PROTECTION
- + CUSTOM FLOOR SIGNS
- + CUSTOM FLOOR TAPE
- + APPLICATION
- + LOCATION MARKERS
- + LABEL PROTECTORS
- + ABSORBENT PRODUCTS

# Mighty Line Safety Floor Tape - Solid



English





Features
- Longest warranty in the floor tape market
- Peel & stick application, no down time
- Beveled edge tape can take a beating from industrial wheel traffic
- 100' rolls
- 50 MIL thickness

**Plaintiffs' Exhibit 4**



### How To Apply Mighty Line Floor Tape?

- Make sure the floors are clean, dry, and the floors are above 50 degrees Fahrenheit. Use a degreaser or denatured alcohol to clean the floors.

### Benefits of Mighty Line Floor Tape:

- Mighty Line's peel-and-stick adhesive leaves no residue when removed.
- Mighty Line floor tape is thick, tough, and the special Mighty Line formula     helps resist  abrasion.
- Ability to change workflow area quickly and easily.
- Mighty Line floor tape is 50 mil thick with beveled edges
- Mighty Line floor tape withstands industrial brush scrubbers, forklifts, and heavy industrial wheel traffic.
- No downtime associated with paint
- Faster to install than paint
- Mighty Line widths: **2,3,4 and 6 inch**
- Mighty Line lengths: **100 feet** for all tapes except reflective floor tape
- Solid Colors: **Yellow, White, Orange, Blue, Red, Green, Black, Brown, Grey and Purple** available in Mighty Line floor tape.
- Mighty Line floor tape is patented and **Proudly Made in the USA**
- Mighty Line has the leading manufacturers limited 3-year warranty.
- HS Tariff Code: 3919102055

English

**Plaintiffs' Exhibit 4**

## What Makes Mighty Line Floor Tape Different?



- Beveled edges increase durability for forklift traffic
- Peel and stick adhesive
- 7 times thicker than average floor tape

MIGHTY LINE
The Only Durable Stripe
Patent No. 8,088,480
Patent No. 8,343,292

MADE IN THE USA

| Sort by | Featured ▼ |
|---|---|

English

← 1 ()   2 (/collections/industrial-safety-floor-tape-solid?page=2)   3 (/collections/industrial-safety-floor-tape-solid?page=3)   → (/collections/industrial-safety-floor-tape-solid?page=2)

**Plaintiffs' Exhibit 4**



4" YELLOW Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/4-yellow-solid-color-floor-tape)



2" YELLOW Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/2-yellow-solid-color-floor-tape)

English

**Plaintiffs' Exhibit 4**



3" YELLOW Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/3-yellow-solid-color-tape-100-roll)



English

4" BLUE Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/4-blue-solid-color-floor-tape)

**Plaintiffs' Exhibit 4**



**4" GREEN Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/4-green-solid-color-floor-tape)**



English

**4" WHITE Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/4-white-solid-color-floor-tape)**

**Plaintiffs' Exhibit 4**



6" YELLOW Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/6-yellow-solid-color-floor-tape)



English

2" GREEN Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/2-green-solid-color-floor-tape)

**Plaintiffs' Exhibit 4**



2" BLUE Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/2-blue-solid-color-floor-tape)



English

2" WHITE Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/2-white-solid-color-floor-tape)

**Plaintiffs' Exhibit 4**



2" BLACK Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/2-black-solid-color-floor-tape)



English

4" RED Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/4-red-solid-color-floor-tape)

**Plaintiffs' Exhibit 4**

Case: 1:19-cv-00748-JG Doc #: 22-4 Filed: 07/08/19 11 of 14. PageID #: 256



**3" GREEN Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/3-green-solid-color-floor-tape)**



English

**2" RED Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/2-red-solid-color-floor-tape)**

**Plaintiffs' Exhibit 4**



## 3" BLUE Solid Color Tape - 100' Roll - Safety Floor Tape (/collections/industrial-safety-floor-tape-solid/products/3-blue-solid-color-floor-tape)

← 1 () 2 (/collections/industrial-safety-floor-tape-solid?page=2) 3 (/collections/industrial-safety-floor-tape-solid?page=3) → (/collections/industrial-safety-floor-tape-solid?page=2)

English

Home (/) / Collections (/collections) / Mighty Line Safety Floor Tape - Solid

**Plaintiffs' Exhibit 4**



## CONNECT WITH US

**SHIELDMARK Inc**

Mighty Line® is a ShieldMark brand.

ShieldMark Inc.
19147 Eastlook Rd
PO Box 16618
Rocky River, Ohio 44116
Phone - (800) 714-9980
Email - info@mightylinetape.com

(https://www.facebook.com/mightylinetape)
(https://instagram.com/mightylinetape)
(https://twitter.com/mightylinetape)

(https://www.linkedin.com/company/mighty-line-floor-tape)

(http://www.youtube.com/c/ShieldMarkIncRockyRiver)

## RESOURCES

- Resource Center (/Apps/Help-Center)
- Download Catalogs (/Pages/Catalog-Downloads)
- Videos (Https://Www.Youtube.Com/C/ShieldMarkIncRockyRiver)
- Locations And Lead Times (/Pages/Shipping-Distribution-Map)
- Mighty Line Ambassador Program (/Pages/Mighty-Line-Floor-Marking-Ambassadors)

## HELPFUL LINKS

- Contact Us (/Pages/Contact-Us)
- About Us (/Pages/About-Us-Floor-Tape)
- Need Help Ordering? (/Pages/Need-Help-Ordering)
- Need Help Ordering Internationally? (/Pages/Need-Help-Ordering-Internationally)
- Interested In Being A Dealer? (/Pages/Dealer-Application)
- Reviews (/Pages/Mighty-

## FLOOR TAPE

- Solid Floor Tape (/Collections/Industrial-Safety-Floor-Tape-Solid)
- Diagonal Floor Tape (/Collections/Caution-Safety-Floor-Tape-Diagonal)
- Striped Floor Tape (/Collections/Industrial-Floor-Tape-Striped)
- Glow Floor Tape (/Collections/Floor-Tape-Glow)
- Repeating Message Floor Tape (/Collections/Floor-Tape-Repeating)

## 5S SHAPES

- Angles (/Collections/Floor-Marking-Angles-Corners)
- T's (/Collections/5s-Floor-Marking-Ts)
- Dots (/Collections/Floor-Tape-Dots)
- Segments (/Collections/Floor-Tape-Segments)
- Footprints (/Collections/Safety-Floor-Marking-Footprints)
- Arrows (/Collections/5s-Floor-Tape-Arrows)

**Plaintiffs' Exhibit 4**

- Warranty (/Pages/Manufacuters-Warranty)
- Mighty Line Floor Tape News (Https://Mightylinetape.com)
- Line-Floor-Tape-Reviews)
- Shipping & Returns (/Pages/Shipping-Returns) (/Apps/Stream)
- Privacy Policy (/Pages/Privacy-Policy)
- Terms & Conditions (/Pages/Terms-And-Conditions)
- Site Map (/Apps/Sitemap)
- Anti-Slip Floor Tape (/Collections/Anti-Slip-Floor-Tape)

Copyright © 2019 Mighty Line Floor Tape. Powered by Shopify (https://www.shopify.com?utm_campaign=poweredby&utm_medium=shopify&utm_source=onlinestore).

Plaintiffs' Exhibit 4