**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLIFFORD A. LOWE, et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No. 1:19-cv-00748-JG |
| | ) | |
| | ) | Judge James S. Gwin |
| SHIELDMARK, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**JOINT STATUS REPORT REGARDING POST-GRANT REVIEW**

Pursuant to the Court's marginal entry Order of August 29, 2019, the parties submit this status update concerning the Post-Grant Review Petition.

On September 4, 2020, the Patent Trial and Appeal Board denied Petitioner's Request for Rehearing of its Decision Denying Institution of Post-Grant Review. The Parties are prepared to resume the present action. Therefore, the Parties request that the stay be lifted and a status conference be set at the Court's convenience to discuss resetting deadlines.

Additionally, Defendant ShieldMark will be requesting leave to file an amended Answer and Counterclaim to assert a patent recently issued to ShieldMark. Defendant ShieldMark will be submitting its request prior to the status conference, and both Plaintiffs and Defendant ShieldMark would appreciate the opportunity to address the request during the status conference.

Dated: September 30, 2020

Respectfully submitted,

*/s/ Ray L. Weber*
Ray L. Weber (0006497)
Laura J. Gentilcore (0034702)
RENNER, KENNER, GREIVE, BOBAK, TAYLOR & WEBER
106 South Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 376-1242
Fax: (330) 376-9646
E-mail: rlweber@rennerkenner.com
E-mail: ljgentilcore@rennerkenner.com

***Attorneys for Plaintiffs and Counterclaim-Defendant, Clifford A. Lowe, et al.***

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard L. Wernow, Esq.
Joseph A. Sebolt, Esq.
Laura L. Beoglos, Esq.
SAND, SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W.
Canton, OH 44718-3615
Phone: 330-244-1174
Fax: 330-244-1173
Email: howard.wernow@sswip.com
Email: joe.sebolt@sswip.com
Email: laura.beoglos@sswip.com

***Attorneys for Defendants and Counterclaim-Plaintiffs, ShieldMark, Inc., Advanced Plastics, Inc. and Crown Equipment Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT STATUS REPORT REGARDING POST-GRANT REVIEW** has been filed electronically on September 30, 2020 with the United States District Court for the Northern District of Ohio. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Howard L. Wernow*
Howard L. Wernow