# EXHIBIT 12

DICTIONARY.COM                          THESAURUS.COM

DEFINITIONS ⌄ | on

| MEANINGS | WORD GAMES | LEARN | WRITING | WORD OF THE DAY |

**Top Definitions**   **Quizzes**   **Related Content**   **British**   **Medical**

# on

[ on, awn ]   SHOW IPA

**See synonyms for *on* on Thesaurus.com**

*preposition*

1. **so as to be or remain supported by or suspended from:**
   *Put your package down on the table; Hang your coat on the hook.*

2. **so as to be attached to or unified with:**
   *Hang the picture on the wall. Paste the label on the package.*

   SEE MORE

*adverb*

31. **in, into, or** onto **a position of being supported or attached:**
    *Sew the buttons on.*

32. **in, into, or onto a position of covering or wrapping:**
    *Put your raincoat on.*

    SEE MORE

*adjective*

38. **operating or in use:**
    *The television set was on. Is your brake on?*

39. **taking place; occurring:**
    *Don't you know there's a war on?*

    SEE MORE

SEE MORE DEFINITIONS



Need
*Homework*
*Help?*

DEF009177