Collins English Dictionary – Complete and Unabridged, 12th Edition 2014 © HarperCollins Publishers 1991, 1994, 1998, 2000, 2003, 2006, 2007, 2009, 2011, 2014

## dis•pose (dɪˈspoʊz)

*v.* -posed, -pos•ing,
*n.* *v.t.*

1. to give a tendency or inclination to; incline: *His temperament disposed him to argue readily with people.*
2. to put in a particular or the proper order or arrangement; adjust by arranging the parts.
3. **to put in a particular or suitable place.**
4. to make fit or ready; prepare.

*v.i.*

5. to arrange or decide matters: *to do as God disposes.*
6. *Obs.* to make terms.
7. **dispose of,**
   a. to deal with conclusively; settle.
   b. to get rid of; discard or destroy.
   c. to give away or sell.

*n.*

8. *Archaic.* disposition.
9. *Obs.* regulation.

[1300–50; Middle English < Middle French *disposer*=dis- **dis**-[1] + *poser* to place (see **pose**[1])]

dis•pos′er, *n.*
dis•pos′ing•ly, *adv.*

Random House Kernerman Webster's College Dictionary, © 2010 K Dictionaries Ltd. Copyright 2005, 1997, 1991 by Random House, Inc. All rights reserved.

## dispose

**Past participle:** disposed
**Gerund:** disposing

Imperative

| Imperative |
|---|
| dispose |
| dispose |

Collins English Verb Tables © HarperCollins Publishers 2011

## Thesaurus

**Legend:** ≡ Synonyms ↔ Related Words ≠ Antonyms

Switch to **new thesaurus**

**Verb 1. dispose** - give, sell, or transfer to another; "She disposed of her parents' possessions"

**Plaintiffs' Exhibit 8**

Dispose - definition of dispose by The Free Dictionary

https://www.thefreedictionary.com/dispose

# dispose 🔊 🇺🇸 🇬🇧

Also found in: Thesaurus, Medical, Acronyms, Idioms, Encyclopedia, Wikipedia.

## dis·pose 🔊 (dĭ-spōz′)

*v.* **dis·posed, dis·pos·ing, dis·pos·es**

*v.tr.*

1. To put into a willing or receptive frame of mind; incline: *"If we're going to preach the politics of virtue, then we need to promote the social conditions that dispose people to be virtuous"* (Lillian B. Rubin).
2. To place or set in a particular order; arrange: *"Sally ... was beginning to loosen the upper sheet and dispose the pillows"* (Harriet Beecher Stowe).

*v.intr.*

To determine the course of events: *Man proposes, God disposes.*

**Phrasal Verb:**

**dispose of**

1. To finish dealing with something; settle: *Let's dispose of the matter and turn to something else.*
2. To give or transfer to someone else, especially permanently: *She disposed of her estate among her heirs. He disposed of his memoirs to a research library.*
3. To get rid of; throw out: *He disposed of the newspapers after reading them.*
4. To kill or destroy.

---

[Middle English *disposen, to arrange,* from Old French *disposer,* alteration (influenced by *poser, to put, place*) of Latin *dispōnere, to arrange* : *dis-, apart*; see **dis-** + *pōnere, to put*; see **apo-** in **Indo-European roots.**]

**dis·pos′er** *n.*

American Heritage® Dictionary of the English Language, Fifth Edition. Copyright © 2016 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

## dispose (dɪˈspəʊz)

*vb*

1. 
   a. to deal with or settle
   b. to give, sell, or transfer to another
   c. to throw out or away
   d. to consume, esp hurriedly
   e. to kill
2. to arrange or settle (matters) by placing into correct or final condition: *man proposes, God disposes.*
3. (*tr*) to make willing or receptive
4. (*tr*) to adjust or place in a certain order or position
5. (often foll by: *to*) to accustom or condition

*n*

an obsolete word for **disposal, disposition**

[C14: from Old French *disposer,* from Latin *dispōnere* to set in different places, arrange, from *dis-*[1] + *pōnere* to place]

**disˈposer** *n*

**Plaintiffs' Exhibit 8**