# DuraStripe®

## Economical Aisle Striping That Lasts

DuraStripe is the flexible new aisle striping system that is applied like tape and outlasts any other commonly used system.

Installs quickly and easily

Eliminates the downtime associated with stripe painting

Scuff resistant material requires little or no maintenance

Backed by a 2 year warranty

Stocked in yellow, red, green, blue and orange; custom colors also available

Sold in 100 foot rolls – 2" and 4" widths

Another quality product from ERGOMAT®

ISL 000045
Plaintiffs' Ex. 5 - Opposition Brief

*DuraStripe is engineered for use in dry, indoor environments at temperatures above 40°F (5°C).*

### Installation



Wash surface to be striped to eliminate dust, dirt and oil residue.



Release backing and apply to clean surface with pressure for maximum adhesion.



DuraStripe material can be easily cut.



Traffic in striped area can resume immediately.

### Maintenance



Clean when desired with soap and water.

### Pricing*

| Product | Order Quantity | Price per 100 ft. Roll |
|---|---|---|
| 4" Stripe | 1-11 Rolls | $198.00 |
|  | 12-47 Rolls | $189.00 |
|  | 48+ Rolls | $179.00 |
| 2" Stripe | 1-11 Rolls | $185.00 |
|  | 12-47 Rolls | $176.00 |
|  | 48+ Rolls | $166.00 |

*Price for yellow, red, blue, green, orange. Custom colors also available subject to minimum order requirements

### 2 Year Warranty

DuraStripe is conditionally warranted against failure for two years from the date of purchase. Warranty does not cover damage caused by items pushed or dragged across the product, such as skids or pallets. Warranty claims are limited to replacement of DuraStripe for damaged sections at no charge.

Local Distributor:

**ERGOMAT®**
909 Canterbury Road
Westlake, Ohio 44145

Sales: 800.357.2111
Phone: 440.899.1700
Fax: 440.899.1702

E-Mail: info@ergomat.com
Web Site: www.ergomat.com

ISL 000046

**Plaintiffs' Ex. 5 - Opposition Brief**

# DuraStripe®

## Economical Aisle Striping That Lasts

DuraStripe is the flexible new aisle striping system that is applied like tape and outlasts any other commonly used system.

- Installs quickly and easily

- Eliminates the downtime associated with stripe painting

- Scuff resistant material requires little or no maintenance

- Backed by a 2 year warranty

- Stocked in yellow, red, green, blue and orange; custom colors also available

- Sold in 100 foot rolls — 2" and 4" widths

Another quality product from **ERGOMAT®**

ISL 000047
Plaintiffs' Ex. 5 - Opposition Brief

**DuraStripe is engineered for use in dry, indoor environments at temperatures above 40°F (5°C).**

### Installation



Wash surface to be striped to eliminate dust, dirt and oil residue.



Release backing and apply to clean surface with pressure for maximum adhesion.



DuraStripe material can be easily cut.



Traffic in striped area can resume immediately.

### Maintenance



Clean when desired with soap and water.

### Pricing*

| Product | Order Quantity | Price per 100 ft. Roll |
|---|---|---|
| 4" Stripe | 1-11 Rolls | $198.00 |
| | 12-47 Rolls | $189.00 |
| | 48+ Rolls | $179.00 |
| 2" Stripe | 1-11 Rolls | $185.00 |
| | 12-47 Rolls | $176.00 |
| | 48+ Rolls | $166.00 |

*Price for yellow, red, blue, green, orange. Custom colors also available subject to minimum order requirements

### 2 Year Warranty

DuraStripe is conditionally warranted against failure for two years from the date of purchase. Warranty does not cover damage caused by items pushed or dragged across the product, such as skids or pallets. Warranty claims are limited to replacement of DuraStripe for damaged sections at no charge.

**Local Distributor:**

**ERGOMAT®**
909 Canterbury Road
Westlake, Ohio 44145

Sales: 800.357.2111
Phone: 440.899.1700
Fax: 440.899.1702

E-Mail: info@ergomat.com
Web Site: www.ergomat.com

ISL 000048

Plaintiffs' Ex. 5 - Opposition Brief

# DURASTRIPE®

## The ultimate flexible aisle striping system of the future
Perfect for the marking requirements of 5S and other Lean Manufacturing programs



**Durable, vivid** aisle striping

**Easily maintained**

Ideal for **5S** program marking

---

**Eliminates costly preparation and downtime** associated with stripe painting

**Simple and quick** installation - Just peel and stick
        **No cure time, No downtime!**

Removes easily for **reconfiguration**

Available in **2", 3", 4" & 6" widths, 3 ½" disks and assorted other shapes**

**Durable** - backed by a **2-year warranty**

---



**Standard colors** - yellow, red, white, blue, green, orange and black, available in 100' rolls



**Install up to 1,400 ft/hour** with our custom applicator

---

Call 877.ERGOMAT (374.6628)
www.ergomat.com

**ERGOMAT**

ISL 000049

Plaintiffs' Ex. 5 - Opposition Brief

# DURASTRIPE®

## Custom solutions for all your unique environmental marking requirements

### Original DuraStripe

- **Easy** reconfiguration
- Does not leave adhesive residue
- Perfect for **dry** environments

### Extreme DuraStripe
- For extremely wet and cold environments (to -40°C
- **Superior adhesion** even on wet surfaces
- Ideal for **Extreme** conditions

### Anti-bacterial DuraStripe

- Same adhesion properties as Extreme DuraStripe
- **USDA** and **CFIA** approved
- Ideal for **food, pharmaceutical, health care** and **laboratory** use

### DuraStripe DuraPux

- 3 ½" disks
- Allows installation in **alternating colors**
- Ideal for **non-linear configurations**
- Ideal for uneven surfaces (ceramic tiles, block floors, etc.)
- Perfect for **high hit zones**

### DuraStripe GlowStripe

- Marks a clear **exit path** in the event of power failure
- Glows for up to **two hours** after lights go out
- Serves as a white marking stripe in lighted environment

### Printed DuraStripe

- Ideal for printing custom **text** messages and **graphics**
- Available on yellow and white DuraStripe

### 2-year Warranty
DuraStripe is conditionally warranted against failure for two years from the date of purchase. Warranty does not cover inappropriate environmental use or damage caused by items such as skids and pallets being pushed or dragged across the product. Warranty claims are limited to no charge replacement of damaged sections.

DuraStripe and ERGOMAT are registered trademarks of ERGOMAT LLC

DuraStripe patent pending

Call 877.ERGOMAT(374.6628)
www.ergomat.com

**ERGOMAT**

ISL 000050

Plaintiffs' Ex. 5 - Opposition Brief

# DuraStripe®

## Economical Aisle Striping That Lasts

DuraStripe is the flexible new aisle striping system that is applied like tape and outlasts any other commonly used system.

Installs quickly and easily

Eliminates the downtime associated with stripe painting

Scuff resistant material requires little or no maintenance

Backed by a 2 year warranty

Stocked in yellow, red, green, blue and orange; custom colors also available

Sold in 100 foot rolls — 2" and 4" widths

Another quality product from ERGOMAT®

ISL 000051

**Plaintiffs' Ex. 5 - Opposition Brief**

*DuraStripe is engineered for use in dry, indoor environments at temperatures above 40°F (5°C).*

### Installation



Wash surface to be striped to eliminate dust, dirt and oil residue.



Release backing and apply to clean surface with pressure for maximum adhesion.



DuraStripe material can be easily cut.



Traffic in striped area can resume immediately.

### Maintenance



Clean when desired with soap and water.

### Pricing*

| Product | Order Quantity | Price per 100 ft. Roll |
|---|---|---|
| 4" Stripe | 1-11 Rolls | $198.00 |
|  | 12-47 Rolls | $189.00 |
|  | 48+ Rolls | $179.00 |
| 2" Stripe | 1-11 Rolls | $185.00 |
|  | 12-47 Rolls | $176.00 |
|  | 48+ Rolls | $166.00 |

*Price for yellow, red, blue, green, orange. Custom colors also available subject to minimum order requirements

### 2 Year Warranty

DuraStripe is conditionally warranted against failure for two years from the date of purchase. Warranty does not cover damage caused by items pushed or dragged across the product, such as skids or pallets. Warranty claims are limited to replacement of DuraStripe for damaged sections at no charge.

**Local Distributor:**

**ERGOMAT®**
909 Canterbury Road
Westlake, Ohio 44145

Sales: 800.357.2111
Phone: 440.899.1700
Fax: 440.899.1702

E-Mail: info@ergomat.com
Web Site: www.ergomat.com

ISL 000052

**Plaintiffs' Ex. 5 - Opposition Brief**

# DuraStripe®

## Economical Aisle Striping That Lasts

DuraStripe is the flexible new aisle striping system that is applied like tape and outlasts any other commonly used system.

- Installs quickly and easily

- Eliminates the downtime associated with stripe painting

- Scuff resistant material requires little or no maintenance

- Backed by a 2 year warranty

- Stocked in yellow, red, green, blue and orange; custom colors also available

- Sold in 100 foot rolls — 2" and 4" widths

Another quality product from ERGOMAT®

ISL 000053
**Plaintiffs' Ex. 5 - Opposition Brief**

*DuraStripe is engineered for use in dry, indoor environments at temperatures above 40°F (5°C).*

### Installation



Wash surface to be striped to eliminate dust, dirt and oil residue.



Release backing and apply to clean surface with pressure for maximum adhesion.



DuraStripe material can be easily cut.



Traffic in striped area can resume immediately.

### Maintenance



Clean when desired with soap and water.

### Pricing*

| Product | Order Quantity | Price per 100 ft. Roll |
|---|---|---|
| 4" Stripe | 1-11 Rolls | $198.00 |
|  | 12-47 Rolls | $189.00 |
|  | 48+ Rolls | $179.00 |
| 2" Stripe | 1-11 Rolls | $185.00 |
|  | 12-47 Rolls | $176.00 |
|  | 48+ Rolls | $166.00 |

*Price for yellow, red, blue, green, orange. Custom colors also available subject to minimum order requirements

### 2 Year Warranty

DuraStripe is conditionally warranted against failure for two years from the date of purchase. Warranty does not cover damage caused by items pushed or dragged across the product, such as skids or pallets. Warranty claims are limited to replacement of DuraStripe for damaged sections at no charge.

**Local Distributor:**

**ERGOMAT®**
909 Canterbury Road
Westlake, Ohio 44145

Sales: 800.357.2111
Phone: 440.899.1700
Fax: 440.899.1702

E-Mail: info@ergomat.com
Web Site: www.ergomat.com

ISL 000054

**Plaintiffs' Ex. 5 - Opposition Brief**