UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Clifford A. Lowe, et al. ) | |
| ) | CASE NO. 1:19-CV-748-JG |
| Plaintiffs ) | |
| v. ) | JUDGE JAMES S. GWIN |
| ) | |
| ShieldMark, Inc., et al. ) | |
| ) | |
| Defendants ) | |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FROM FINAL ORDERS OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

NOTICE IS HEREBY GIVEN that **PLAINTIFFS** in the above-captioned case, **CLIFFORD A. LOWE** and **INSITE SOLUTIONS, LLC**, hereby appeal to the **UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** from the final and appealable orders entered in this action on the respective dates indicated below, resolving all remaining claims and the rights and liabilities of all parties as to all remaining claims, as of July 16, 2021:

- Opinion & Order (Doc. 87) Resolving Doc. No. 68, dated May 19, 2021, **setting forth the Court's *Markman* findings**;

- Opinion & Order (Doc. 101) Resolving Doc. Nos. 71, 76, 77, 81 & 98, dated June 21, 2021, **granting defendants' motion for summary judgment of non**-infringement of U.S. Patent No. 10,214,664 (Doc. 71) and **denying plaintiffs' motion for summary judgment of infringement** (Doc. 76); and

- Opinion & Order (Doc. 104) Resolving Doc. Nos. 55 & 56, dated July 16, 2021, **granting defendant-counterclaim-plaintiff ShieldMark, Inc.'s motions to**

1

**dismiss its counterclaim count four for infringement of U.S. Patent No. 10,738,220 with prejudice** (Doc. 55) **and plaintiffs' responding '220 patent invalidity and unenforceability claims** (Doc. 56), **finding the case not to be exceptional and an award of attorneys' fees inappropriate**.

Dated: July 21, 2021	Respectfully submitted,

/s/ Ray L. Weber
Ray L. Weber        (0006497)
Laura J. Gentilcore    (0034702)
RENNER, KENNER, GREIVE, BOBAK,
TAYLOR & WEBER
106 South Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 376-1242
Fax: (330) 376-9646
E-mail: rlweber@rennerkenner.com
E-mail: ljgentilcore@rennerkenner.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FROM FINAL ORDERS OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

has been filed electronically on July 21, 2021, with the United States District Court for the Northern District of Ohio. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ray L. Weber
Ray L. Weber