# United States Court of Appeals for the Federal Circuit

_____

**CLIFFORD A. LOWE, INSITE SOLUTIONS, LLC,**
*Plaintiffs-Appellants*

v.

**SHIELDMARK, INC., ADVANCED PLASTICS, INC., CROWN EQUIPMENT CORPORATION,**
*Defendants-Appellees*

_____

2021-2164

_____

Appeal from the United States District Court for the Northern District of Ohio in No. 1:19-cv-00748-JG, Judge James S. Gwin.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered March 4, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

<u>April 11, 2022</u>　　　　　／s／ Peter R. Marksteiner
　　　Date　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court