UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Clifford A. Lowe, et al. )<br>)<br>　　　　Plaintiffs ) <br>v. )<br>)<br>ShieldMark, Inc., et al. )<br>)<br>　　　　Defendants ) | CASE NO. 1:19-CV-748-JG<br><br>JUDGE JAMES S. GWIN |

### NOTICE OF REQUEST FOR RECORDING OR RECORD OF PROCEEDINGS

Now come plaintiffs, Clifford A. Lowe and InSite Solutions LLC ("Plaintiffs"), through their undersigned counsel, and request a copy of any recording, Zoom recording, or other record made of the Zoom video conference initiated by the Court and held on May 25, 2022, commencing at approximately 10:00 a.m.

The grounds for this Request are as follows:

1. Court reporters were identified and included on the meeting notice from the Court;

2. Immediately upon the conclusion of the proceedings, plaintiffs' counsel filed a Non-Appeal Transcript Order (Doc. #116);

3. Sarah Nageotte, Chief Court Reporter/Court Reporter Supervisor, Ohio Northern District, e-mailed plaintiffs' counsel that:

    > The reporter assigned today to cover Judge Gwin was not George Staiduhar as he is out of the office today.  However, I have checked with the reporter assigned and there was no reporter present/called in for the proceedings today to be taken on the record; therefore, no record was made nor transcript available.

4. The host of any Zoom meeting can record the meeting and may have automatic recordings; and

5. The Court initiated today's Zoom meeting.

1

WHEREFORE, plaintiffs pray for a copy of any recording or record of the proceedings.

Dated: May 25, 2022							Respectfully submitted,

/s/ Ray L. Weber
Ray L. Weber          (0006497)
Laura J. Gentilcore     (0034702)
RENNER, KENNER, GREIVE, BOBAK,
TAYLOR & WEBER
106 South Main Street, Suite 400
Akron, OH 44308
Telephone:  (330) 376-1242
Fax:  (330) 376-9646
E-mail: rlweber@rennerkenner.com
E-mail: ljgentilcore@rennerkenner.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

**NOTICE OF REQUEST FOR TRANSCRIPT OF PROCEEDINGS**

has been filed electronically on May 25, 2022, with the United States District Court for the Northern District of Ohio.  Notice of the filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Ray L. Weber
Ray L. Weber