UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Clifford A. Lowe, et al. )<br>)<br>Plaintiffs )<br>v. )<br>)<br>ShieldMark, Inc., et al. )<br>)<br>Defendants ) | CASE NO. 1:19-CV-748-JG<br><br>JUDGE JAMES S. GWIN |

# EXHIBIT 3
# VIDEO CLIP
# UNABLE TO BE FILED ELECTRONICALLY

The undersigned, counsel for Plaintiffs herein, manually files Exhibit 3 to the Joint Declaration of Timothy A. Dimoff and Jack Milam Pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Opposition to Defendants' Motion (Doc. #114) for the Substitution of Their Fed.R.Civ.P. 26(a)(B) Expert. Exhibit3 is a video clip that cannot be filed electronically.

Dated: June 1, 2022

Respectfully submitted,

_____
Ray L. Weber  (0006497)
Laura J. Gentilcore (0034702)
RENNER, KENNER, GREIVE, BOBAK,
TAYLOR & WEBER
106 South Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 376-1242
Fax: (330) 376-9646
E-mail: rlweber@rennerkenner.com
E-mail: ljgentilcore@rennerkenner.com

*Attorneys for Plaintiffs*

**EXHIBIT 3**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

### EXHIBIT 3
### VIDEO CLIP
### UNABLE TO BE FILED ELECTRONICALLY

has been mailed on June 1, 2022, by first-class U.S. mail, postage prepaid, to the following counsel for Defendants:

Howard L. Wernow, Esq.
Joseph A. Sebolt, Esq.
Laura Beoglos, Esq.
James F. McCarthy III, Esq.
SAND, SEBOLT & WERNOW, LPA
AEGIS TOWER – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718

_____
Ray L. Weber

**EXHIBIT 3**