

Plaintiffs' Exhibit 2



**Plaintiffs' Exhibit 2**



**Plaintiffs' Exhibit 2**