UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

CLIFFORD A. LOWE, *et al.*,  :

    Plaintiff,  :

vs.  :

SHIELDMARK, INC., *et al.*,  :

    Defendants.  :

------------------------------------------------------

Case No. 1:19-cv-748

OPINION & ORDER

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 7, 2022, Plaintiff filed its Fourth Amended Complaint.[1] This complaint refiles a false advertising claim that is identical to a claim in Plaintiff's Third Amended Complaint[2] that the Court previously dismissed without prejudice.[3] Defendants had filed Answers to the Third Amended Complaint.[4]

The Court now **ORDERS** both parties to submit position papers by Friday, June 17, 2022, regarding whether the refiled false advertising claim should alter the current case management schedule.

    IT IS SO ORDERED

    Dated: June 10, 2022

                                          *s/  James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. 127.
[2] Doc. 44
[3] Doc. 101 at 8.
[4] Docs. 45, 46, 47.