UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

| | |
|---|---|
| CLIFFORD A. LOWE, *et al.*, : | |
| : | Case No. 1:19-cv-748 |
| Plaintiff, : | |
| vs. : | OPINION & ORDER |
| : | [Related Doc. 115] |
| SHIELDMARK, INC., *et al.*, : | |
| : | |
| Defendants. : | |

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

"To sustain a protective order under Rule 26(c), the moving party must show 'good cause' for protection from one (or more) harms identified in Rule 26(c)(1)(A) 'with a particular and specific demonstration of fact, as distinguished from stereotyped and conclusory statements.'"[1]

In this case, the parties jointly requested that the Court approve a Stipulated Protective Order, but did not provide the Court with the grounds supporting that request.

Accordingly, the Court **DENIES** the protective order without prejudice. The parties may refile the order with the appropriate motion discussing the Rule 26(c) standard.

IT IS SO ORDERED

Dated: June 17, 2022          *s/    James S. Gwin*
                              JAMES S. GWIN
                              UNITED STATES DISTRICT JUDGE

---

[1] *In re Ohio Execution Protocol Litig.*, 845 F.3d 231, 236 (6th Cir. 2016) (quoting *Serrano v. Cintas Corp.*, 699 F.3d 884, 901 (6th Cir. 2012)); *see also Procter & Gamble Co. v. Bankers Tr. Co.*, 78 F.3d 219, 227 (6th Cir. 1996) (rejecting joint protective order).