UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Clifford A. Lowe, et al.     ) | |
| ) | CASE NO. 1:19-CV-748-JG |
| Plaintiffs   ) | |
| v.                                ) | JUDGE JAMES S. GWIN |
| ) | |
| ShieldMark, Inc., et al.      ) | |
| ) | |
| Defendants   ) | |

**PLAINTIFFS' MOTION TO RECUSE OR DISQUALIFY
PURSUANT TO 28 U.S.C. § 144, 28 U.S.C. § 455(a),
AND 28 U.S.C. § 455(b)(1)**

Now come Plaintiffs, Clifford A. Lowe and InSite Solutions, LLC, pursuant to 28 U.S.C. § 144, 28 U.S.C. § 455(a) and 28 U.S.C. § 455(b)(1) and, for the reasons set forth in the Memorandum in Support and the Affidavits of Clifford A. Lowe, Ray L. Weber, and Laura J. Gentilcore filed concurrently herewith, respectfully move that The Honorable James S. Gwin recuse or disqualify himself from presiding over the balance of the proceedings in this matter and that another judge be assigned to hear this case.

Dated:  June 23, 2022          Respectfully submitted,

/s/ Ray L. Weber
Ray L. Weber            (0006497)
Laura J. Gentilcore     (0034702)
RENNER, KENNER, GREIVE, BOBAK,
TAYLOR & WEBER
106 South Main Street, Suite 400
Akron, OH 44308
Telephone:  (330) 376-1242
Fax:  (330) 376-9646
E-mail: rlweber@rennerkenner.com
E-mail: ljgentilcore@rennerkenner.com
*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing

**PLAINTIFFS' MOTION TO RECUSE OR DISQUALIFY
PURSUANT TO 28 U.S.C. § 144, 28 U.S.C. § 455(a),
AND 28 U.S.C. § 455(b)(1)**

has been filed electronically on June 23, 2022, with the United States District Court for the Northern District of Ohio. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Ray L. Weber*
>Ray L. Weber