UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Clifford A. Lowe, et al. | ) |
|                 Plaintiffs | ) CASE NO. 1:19-CV-748-JG |
| v. | ) JUDGE JAMES S. GWIN |
| ShieldMark, Inc., et al. | ) |
|                 Defendants | ) |

### CERTIFICATE OF COUNSEL OF RECORD

I, Ray L. Weber, pursuant to 28 U.S.C. §144, do hereby certify that:

1. I am counsel of record in the captioned matter;

2. I have read the Affidavit of Clifford A. Lowe, given in support of Plaintiffs' Motion to Recuse or Disqualify;

3. Mr. Lowe's affidavit states the facts and reasons for his belief that Judge Gwin, before whom the captioned matter is pending, has a personal prejudice against him and a personal bias in favor of Defendants;

4. The stated facts are further substantiated by my affidavit and the affidavit of co-counsel Laura J. Gentilcore given in support of Plaintiffs' Motion to Recuse or Disqualify; and

5. I further state that Mr. Lowe's affidavit is made in good faith.

_____
Ray L. Weber

**STATE OF OHIO** )
                       ) ss:
**COUNTY OF SUMMIT** )

Subscribed and sworn to under penalty of perjury in my presence this 23 day of June, 2022.

_____
Notary Public
RODNEY LEE SKOGLUND, Attorney at Law
Notary Public - State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.

(SEAL)

Page 1 of 1