UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

CLIFFORD A. LOWE, *et al.*, :
: Case No. 1:19-cv-748
    Plaintiff, :
vs. : OPINION & ORDER
: [Resolving Doc. 144]
SHIELDMARK, INC., *et al.*, :
:
    Defendants. :

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

With this Order, the Court amends its previous supplement briefing order.  The Court **ORDERS** Defendants to disregard the Court's earlier reference to the doctrine of equivalents and only to respond to the Court's questions with regard to the invalidity defense.

IT IS SO ORDERED

Dated:  June 24, 2022                 *s/    James S. Gwin*
                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE