# EXHIBIT A

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT7066038

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MR. CLIFFORD A. LOWE | 12/09/2021 |

## RECEIVING PARTY DATA

| Name: | INSITE SOLUTIONS, LLC |
|---|---|
| Street Address: | 5762 HIGHWAY 96 W |
| City: | YOUNGSVILLE |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27596 |

## PROPERTY NUMBERS Total: 8

| Property Type | Number |
|---|---|
| Patent Number: | 7150581 |
| Patent Number: | 7361403 |
| Patent Number: | 8557379 |
| Patent Number: | 8883290 |
| Patent Number: | 10214664 |
| Patent Number: | 10283022 |
| Application Number: | 16685694 |
| Application Number: | 17191428 |

## CORRESPONDENCE DATA

**Fax Number:** (866)311-9964

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 3305260104  
**Email:** FredZ@PatentlawyerZ.com  
**Correspondent Name:** FRED ZOLLINGER  
**Address Line 1:** PO BOX 2368  
**Address Line 4:** NORTH CANTON, OHIO 44720

| ATTORNEY DOCKET NUMBER: | IN021A2 |
|---|---|
| NAME OF SUBMITTER: | FRED ZOLLINGER |
| SIGNATURE: | /fhziii/ |

| DATE SIGNED: | 12/09/2021 |
|---|---|
| **Total Attachments: 4** source=20211209 Patent Assignment - Signed#page1.tif source=20211209 Patent Assignment - Signed#page2.tif source=20211209 Patent Assignment - Signed#page3.tif source=20211209 Patent Assignment - Signed#page4.tif | |

## PATENT RIGHTS ASSIGNMENT

This Patent Rights Assignment (this "Assignment") is made effective this 9th day of December, 2021, by and between Clifford A. Lowe ("Assignor") and Insite Solutions, LLC, a North Carolina limited liability corporation ("Assignee"). Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Asset Purchase and Contribution Agreement (the "Purchase Agreement").

WHEREAS, Assignor possesses certain rights in and to the patents and patent applications (and patents issuing on such applications) set forth on Exhibit A attached hereto and incorporated herein by reference (collectively, the "Patent Rights") and the invention(s) described and/or claimed in the Patent Rights (the "Inventions"); and

WHEREAS, Assignor now wishes to assign the Inventions and Patent Rights to Assignee, and Assignee desires to acquire the Inventions and Patent Rights from Assignor; and

WHEREAS, the execution and delivery of this Assignment is a condition to Closing under the Purchase Agreement.

NOW, THEREFORE, in consideration of at least U.S. $100.00, the premises set forth above and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged:

Assignor does hereby sell, assign, convey and transfer unto Assignee and its successors, assigns, and legal representatives, Assignor's entire right, title and interest in and throughout the world in and to the Inventions, together with Assignor's entire right, title and interest in and to the Patent Rights and such other patents as may issue thereon or claim priority under United States law or international convention, including but not limited to non-provisionals, continuations, divisionals, reissues, reexaminations, reviews, extensions, and substitutions of patents and patent applications within the Patent Rights or such other patents, and any right, title and interest Assignor may have in applications to which the Patent Rights claim priority; the Inventions and the Patent Rights to be held and enjoyed by Assignee for its own use and behalf and for its successors, assigns and legal representatives, to the full end of the term for which said patents may be granted as fully and entirely as the same would have been held by Assignor had this assignment and sale not been made; and Assignor hereby conveys all of its rights arising under or pursuant to any and all United States laws and international agreements, treaties or laws relating to the protection of industrial property by filing any such applications for patent, including but not limited to any cause(s) of action and damages accruing prior to this assignment. Assignor hereby acknowledges that this assignment, being of Assignor's entire right, title and interest in and to the Inventions and the Patent Rights carries with it the right in Assignee to apply for and obtain from competent authorities in all countries of the world any and all patents by attorneys and agents of Assignee's selection and the right to procure the grant of all patents to Assignee in its own name as assignee of Assignor's entire right, title and interest therein.

Assignor hereby further agrees for itself and its successors, assigns, agents, and legal representatives to execute upon request any other lawful documents and likewise to perform any other lawful acts which may be deemed necessary to secure fully the Patent Rights to Assignee, its successors, assigns, and legal representatives, as well as to third parties at the request of Assignee including the execution of documents (including, without limitation, petitions, specifications, oaths, assignments, disclaimers, declarations and affidavits) relating to non-provisional, substitution, continuation, divisional, reissue, reexamination, or corresponding foreign or international patent applications within the Patent Rights, as requested by Assignee, and generally do everything possible to aid Assignee, its successors,

assigns and legal representatives to obtain, record, maintain, and enforce full protection for the Inventions in all countries, but in each instance at Assignee's reasonable expense.

Assignor hereby warrants that it has not knowingly conveyed to others any rights in the Patent Rights or the Inventions or any license to use the same or to make, use or sell anything embodying or utilizing any of the Inventions, and that it has good right to assign the Inventions and the Patent Rights without encumbrance.

Assignor does hereby authorize the Director of the United States Patent & Trademark Office, and the empowered officials of all other governments whose duty it is to record patents, applications and title thereto, to record the Patent Rights and title thereto as the property of Assignee, its successors, assigns, or legal representatives in accordance with the terms of this instrument.

Assignor does hereby further authorize and request the Director of the United States Patent and Trademark Office and the empowered officials of all other governments to issue such Patent Rights or patents as shall be granted upon the Patent Rights, or applications based thereon, to Assignee, its successors, assigns, or legal representatives.

Assignee and Assignor also agree that multiple copies of this Assignment may be executed, each of which shall be deemed an original, and each of which shall be valid and binding upon Assignee and Assignor.

*[Remainder of page intentionally left blank]*

IN WITNESS WHEREOF, Assignor and Assignee have caused this Assignment to be executed by their duly authorized representatives as of the date first written above.

ASSIGNOR:  *[signature]*
Name: Clifford A. Lowe
Signature: *[signature]*

ASSIGNEE: Insite Solutions, LLC
Name: Clifford A. Lowe
Signature: *[signature]*
Title: Owner

*Signature Page to Patent Rights Assignment*

# Exhibit A

## PATENT RIGHTS

| Patent Number | Title | Inventor(s) | Application Date [Goodwin1] | Issue Date | Owner |
|---|---|---|---|---|---|
| 7150581 | Lane-Marker Masking System | Clifford A. Lowe | 5/17/05 | 12/19/06 | Clifford A. Lowe |
| 7361403 | Multilayer Graphic Systems | Clifford A. Lowe | 10/17/03 | 4/22/08 | Clifford A. Lowe |
| 8557379 | Multilayer Graphic Article | Clifford A. Lowe | 10/22/07 | 10/15/13 | Clifford A. Lowe |
| 8883290 | Floor tape – recess in bottom of tape for adhesive | Clifford A. Lowe | 10/18/07 | 11/11/14 | Clifford A. Lowe |
| 10214664 | Floor tape – tapered edges | Clifford A. Lowe | 6/23/15 | 2/26/19 | Clifford A. Lowe |
| 10283022 | Multilayer Graphic Article | Clifford A. Lowe | 10/14/2013 | 5/7/19 | Clifford A. Lowe |
| 16685694 | Two-Piece Corner Assembly for Floor Marking Applications | Clifford A. Lowe | | Pending | Clifford A. Lowe |
| 17191428 | Perimeter Protection for Floor Sign | Clifford A. Lowe | | Pending | Clifford A. Lowe |