# Search Results

**Records Found:** 3  **Search Type:** Exact   **Search Criteria:** Insite Solutions, LLC
**Search Time:** 7/1/2022 04:06 PM   Search Again

If the entity does not have an "Annual Report" button or monitor icon, the entity is not required to file annual reports with the NC Secretary of State's Office.

| Entity Name | | | |
|---|---|---|---|
| Sos Id | Date Formed | Status | Type |
| **Spota LLC** *Prev Legal Name(s)* Chambers & Lowe Ventures, L.L.C. InSite Solutions, L.L.C. | | | |
| 0586722 | 4/3/2001 | Current - Active ⓘ | Limited Liability Company |
| **Insite Fiber of North Carolina LLC** *Home State Name(s)* Insite Solutions LLC | | | |
| 0768404 | 2/22/2005 | Revoked ⓘ | Limited Liability Company |
| **Insite Solutions, LLC** | | | |
| 2363864 | 2/24/2022 | Current - Active ⓘ | Limited Liability Company |

**EXHIBIT B**