

Home › News

August 07, 2018 02:00 AM

# Goecke builds Mighty Line into family business

JORDAN VITICK ✉

TWEET    SHARE    SHARE    EMAIL





Goecke

Here's a first: a Rising Star with his own official day named aft

When Alec Goecke was a lifeguard on Lake Erie in high schoo
who swam out too far on a wavy day, recalled Goecke's brothe
in Cleveland and Alec has his own official day named after hir
[Ohio]," Andrew Goecke said in his nomination of Alec Goecke

Today, Alec Goecke is vice president of sales for Rocky River, Ohio-based Mighty Line Floor Tape, a ShieldMark Inc. brand.

Their father, Tom Goecke, invented PVC floor tape to keep warehouses and employees safe while organizing industrial facilities to run as efficiently as possible. The durable peel-and-stick safety floor tape is an alternative to painted lines.

"Alec built us into a family business. ... When my dad created the product, he was wonderful at sourcing the material and organizing production. But when it came to getting your brand out there, he was in need of assistance," Andrew Goecke said. "Alec joined my dad as a salesman fresh [out] of college at [the University of] Dayton, they shared a 10 [by] 20 office, bumping elbows as they moved around trying to grow the brand.

"Alec's career at Mighty Line is approaching eight years and since he headed up sales, total sales [have] jumped from $2 million to $20 million. Most family businesses have a history of the next generation having roles given to them. Alec built his own role. He essentially made it possible for the business to grow to what [it] is today while also instituting a culture that has allowed our family to thrive within a productive, learning environment," he added.

Alec Goecke, 29, graduated from the University of Dayton with a bachelor's degree in finance and started working at Mighty Line at 22.

Andrew Goecke said his brother has inspired the local Cleveland community that the Midwest is a place where young professionals can get a job and thrive. He calls Alec a "beacon of success in our community."

"If you are on the west side of Cleveland, you use Alec as the comparison for how to take where you are from and turn it into gold," Andrew Goecke said[...] we produce our products here in Ohio. We stand behind where[...] culture that all descends from Alec's leadership."

Andrew Goecke added that his brother "transcends what it me[...]

"He instantly relaxes new people in conversation, and he is th[...] want to support," he said.

Alec Goecke said he looks up to his father, who started the co[...] Line. "He took on all the risks and did something he believed i[...] role model is a "great husband, loving father of four, a great g[...] over 14 siblings, a small-business owner and a military vetera[...]



**EXHIBIT 1**

"He always looks out for the people he cares about," Goecke added about his father. "He comes to work every day to make it a better place. To me he exemplifies what it means to be a great person."

Alec and his wife, Emily, have a 2-month-old daughter named Charlotte and a dog named Bear.

*Read more about Rising Stars and find links to other profiles.*

**Letter to the Editor**

Do you have an opinion about this story? Do you have some thoughts you'd like to share with our readers? Plastics News would love to hear from you. Email your letter to Editor at editorial@plasticsnews.com

**UPCOMING EVENTS**

# Plastics News
## PLASTICS CAPS & CLOSURES



SUBSCRIBE & 

Special offer!

SUBSCRIBE

**Plastics Caps & Closures- September 9th-11th, 2019**

The only North American conference targeting plastics caps a[nd closures, the] Plastics Caps & Closures conference, held Sept. 9-11, 2019, i[s a] hotbed of discussion on many of the top innovations, process[es,] materials, trends and consumer insights that influence both p[ackaging and] closures development.

REGISTER >

ISL 000004

**EXHIBIT 1**

UPCOMING EVENTS



**WBM Networking Forum - November 2019**

November 10-11, 2019

MOST POPULAR





Tariffs may put Minnesota housewares rm on the brink

Archery molder says tariffs help ght Chinese counter feiting

Magna vet plans to transform IAC

New injection molder gears up for full production in North Carolina

## Sponsored Content

- The Black Billionaires 2019 (Forbes)
- The Unusual Link Between Eggs And Diabetes (Watch) (diabetes-relief.club)
- 14 Incredibly Valuable Vinyl Records (Work+Money)
- Try Not To Scream At These Bizarre Ancient Rome Facts (Past Factory)
- How To Get Rid Of Love Handles Fast With The Best Set Of Exercises (Change In Seconds)

Recommended by |▷

## Plastics News Recommends

- WWF study: Humans eat a credit card worth of plastic each week
- The future of recycling may not be what you expect
- Bemis Manufacturing buys European toilet seat molder
- South Korean auto supplier Donghee facing OSHA penalties in Alabama
- Bag bans make sizable gains in state legislatures

## Sponsored Content

- These Brands Made The World's Most-Valuable List (Forbes)
- AARP Is Runnin… Offer (AARP)
- Thousands Are… Boot (Here's W…
- AC In a Tiny Bo… Summer Heat.… (trendingdiscoun…
- The Newsletter… Your Life (Finim…



**EXHIBIT 1**

Comments for this thread are now closed ×

0 Comments   Plastics News   1  Login

♡ Recommend    Tweet   f Share                                      Sort by Best

This discussion has been closed.

✉ Subscribe   D Add Disqus to your siteAdd DisqusAdd   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy



GET OUR NEWSLETTERS

Staying current is easy with Plastics News delivered straight to your inbox, free of charge.

Email Address

SIGN UP NOW

SUBSCRIBE TODAY

Subscribe to Plastics News

SUBSCRIBE NOW

SUBSCRIBE & S

Special offer!

CONNECT WITH US

in  f  🐦  📷

Plastics News covers the business of the global plastics industry. We report
information that provides our readers with a competitiv

SUBSCRIBE

# Plastics News

## CONTACT US

1155 Gratiot Avenue
Detroit MI 48207-2997

313-446-6000

## RESOURCES

| | |
|---|---|
| About | Digital Edition |
| Staff | Custom Content |
| Editorial Calendar | People |
| Media Kit | Contact |
| Data Store | Sitemap |

## RELATED CRAIN PUBLICATIONS

Plastics News Europe

PRW

LSR World

Rubber & Plastics News

Urethanes Technology

Plastics News China

European Rubber Journal

Tire Business

## LEGAL

**EXHIBIT 1**





ISL 000009

**EXHIBIT 1**