# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CLIFFORD A. LOWE | ) | |
| | ) | CASE NO.: 1:19-CV-748 |
| PLAINTIFF, | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| SHIELDMARK INC., et al., | ) | ORDER |
| | ) | |
| DEFENDANTS. | ) | |

The Court entered an Opinion and Order on August 23, 2022, March 16, 2023 and April 21, 2023. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: April 21, 2023

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE