IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD A. LOWE, et al. ) | |
| ) | |
| Plaintiffs-Counterclaim Defendants, ) | |
| ) | |
| vs. ) | Case No. 1:19CV00748 |
| ) | |
| ) | Judge James S. Gwin |
| SHIELDMARK, INC., et al. ) | |
| ) | |
| ) | |
| Defendants-Counterclaim Plaintiffs. ) | |

**NOTICE OF CROSS-APPEAL**

Defendants ShieldMark, Inc., Advanced Plastics, Inc., and Crown Corp. cross-appeal to the United States Court of Appeals for the Federal Circuit from the Opinion and Order (Doc. #224) dated April 21, 2023 in which the District Court found that Plaintiff Clifford Lowe did not engage in inequitable conduct in the United States Patent and Trademark Office. (*Id*. at PageID #7019-20), and the Order dated April 21, 2023 dismissing the case pursuant to Rule 58 of the Federal Rules of Civil Procedure (Doc. #225).

Dated: May 2, 2023                                Respectfully submitted,

                                                  */s/David J. Sheikh*
                                                  Howard L. Wernow (SBN 0089019)
                                                  Joseph A. Sebolt (SBN 0059140)
                                                  James F. McCarthy III (SBN0002245)
                                                  SAND, SEBOLT & WERNOW CO., LPA
                                                  Aegis Tower – Suite 1100
                                                  4940 Munson Street, N.W.
                                                  Canton, OH 44718-3615
                                                  Phone: 330-244-1174
                                                  Fax: 330-244-1173

      Email: howard.wernow@sswip.com
      Email: joe.sebolt@sswip.com
      Email: james.mccarthy@sswip.com

      David J. Sheikh (*Pro hac vice*)
      LEE SHEIKH & HAAN
      125 S. Clark Street, Suite 1175
      Chicago, Illinois 60603
      Phone: 312-982-0070
      Fax: 312-982-0071
      Email: dsheikh@leesheikh.com

      ***Attorneys for Defendants, ShieldMark, Inc., Advanced Plastics, Inc. and Crown Equipment Corporation***

## **CERTIFICATE OF SERVICE**

This is to confirm that a copy of the foregoing **NOTICE OF CROSS APPEAL** was electronically filed on May 2, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and the filing may be accessed through that system.

>Ray L. Weber (0006497)
>Laura J. Gentilcore (0034702)
>RENNER, KENNER, GREIVE, BOBAK,
>TAYLOR & WEBER
>106 South Main Street, Suite 400
>Akron, OH 44308
>Telephone: (330) 376-1242
>Fax: (330) 376-9646
>E-mail: rlweber@rennerkenner.com
>E-mail: ljgentilcore@rennerkenner.com
>
>*Attorneys for Plaintiffs*

>*/s/David J. Sheikh*