UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------

CLIFFORD A. LOWE, *et al.*,                    OPINION & ORDER
                                          :    [Related Doc. 229]
            Plaintiffs,                   :
                                          :
vs.                                       :
                                          :
SHIELDMARK, INC., *et al.*,               :
                                          :
            Defendants.                   :
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this patent infringement case, Plaintiffs Lowe and Spota LLC have filed an appeal and now move for the Court's approval of a supersedeas bond in the amount of $224,000 and a stay of the execution of judgment pending resolution of the appeal.

Pursuant to Fed. R. Civ. Pro. 62(b), a party may obtain a stay as a matter of right by providing a bond or other security.[1] "A district court has discretion to fix the amount of the bond or waive the bond requirement."[2]

While Plaintiffs offered calculations supporting its $224,000 bond amount, those calculations did not consider the lost use of the judgment amount during the appeal pendency.

Accordingly, the Court GRANTS Plaintiffs' motion to set a supersedeas bond but sets the bond amount at $235,000.

IT IS SO ORDERED.

Dated: June 23, 2023                    s/        *James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE

---

[1] *Arban v. West Pub. Corp.*, 345 F.3d 390, 409 (6th Cir. 2003). This Court has jurisdiction over this motion. *See Hill v. Burgeon Legal Grp. Co.*, 2020 WL 6746856, at *1 (D.N.J. Nov. 17, 2020).

[2] *Sofco Erectors, Inc. v. Trustees of Ohio Operating Engineers Pension Fund*, 2021 WL 858728, at *2 (S.D. Ohio Mar. 8, 2021) (citations omitted).